### 6303.    MURPHY *v.* SULZBERGER & SONS COMPANY OF AMERICA.

WADE, J. Under the ruling in *Shippey* v. *Owens,* ante, 127 (86 S. E. 407), a judge of the municipal court of Atlanta, in a trial before a jury in that court, is without authority to award a nonsuit. The judgment in this case must therefore be                                   *Reversed.*

DECIDED JANUARY 21, 1916.

Action for breach of contract; from municipal court of Atlanta. January 16, 1915.

*J. B. McCallum, Earl Sims,* for plaintiff.

*Anderson, Slate & D'Orr,* for defendant.